IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Criminal Case No.  07-cr-00133-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FREDERICK MURPHY,

        Defendant.

_____

ORDER
_____

On April 25, 2007, Mr. Murphy filed a motion to vacate the motions filing deadline and toll the running of the speedy trial clock in the interests of justice.  Mr. Murphy's counsel represents that Mr. Murphy is a Vietnam war veteran who suffers from Post-Traumatic Stress Disorder ("PTSD").  PTSD causes Mr. Murphy to relive his combat experiences in flashbacks.  The Veterans Administration has recommended that he be placed in an intensive treatment program in New Jersey.  Though the diagnosis does not implicate Mr. Murphy's competency to stand trial, his treatment will curtail his availability to assist in his defense of this case.  The Government assents to the request for a continuance in the interests of justice.

For those and other reasons stated on the record during the May 1, 2007 hearing, I find and conclude, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(i) & (iv), that:

1) failure to grant a continuance would be likely to result in a miscarriage of justice;

2) failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and that

3) the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, it is ORDERED that:

1) the motion to continue [16] is GRANTED;

2) all deadlines for the filing of motions are VACATED;

3) the speedy trial clock is tolled until **Wednesday, September 5, 2007 at 8:30 A.M.**; and

4) defense counsel shall, during the period in which the speedy trial clock is tolled, file status reports every twenty days.

Dated: May 1, 2007 in Denver, Colorado.

                        BY THE COURT:

                        s/Lewis T. Babcock
                        Lewis T. Babcock, Chief Judge