**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  07-cr-00133-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      FREDERICK MURPHY,

        Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

     Defendant's Unopposed Motion to Waive Appearance (Doc 26 - filed August 14, 2007) is **GRANTED**.  Defendant's appearance is waived for the September 5, 2007 status conference.

Dated:  August 15, 2007