**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 07-cr-00133-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

FREDERICK W. MURPHY,

       Defendant.

_____

**ORDER**
_____

Following his March 15, 2007, arrest, the Grand Jury indicted Defendant, Frederick W.

Murphy, on March 27, 2007, on one count of interfering with the performance of a flight crew, in

violation of 29 U.S.C. § 46504.  Defendant states he is a Vietnam War veteran with severe Post

Traumatic Stress Disorder ("PTSD") that causes him to relive his combat experiences in

flashbacks.  He is scheduled to be admitted to an inpatient PTSD program administered by the

United States Department of Veterinary Affairs in Lyons, New Jersey, on September 19, 2007.  I

granted a continuance on May 1, 2007, effective April 25, 2007, through September 5, 2007.

Defendant orally moved for an additional continuance while Plaintiff is in treatment at the

Lyons facility.  The Government assents to this request.  For the reasons stated herein, and on the

record during the May 1, 2007, and September 5, 2007, hearings, I find and conclude that:

1.      Failure to grant a continuance would be likely to result in a miscarriage of justice;

2.      Failure to grant an additional continuance would deny counsel the reasonable time

          necessary for effective preparation, taking into account the exercise of due

diligence; and

3.    The ends of justice served by a continuance outweigh the best interests of the
      public and the defendant in a speedy trial.

Accordingly, it is ORDERED that:

1.    Defendant's oral motion to continue is GRANTED;

2.    An additional status/scheduling hearing is set for **Thursday, November 29, 2007,**
      **at 8:30 am** in Courtroom 401 of the Byron G. Rogers United States Courthouse,
      1929 Stout Street, Denver, Colorado;

3.    The speedy trial clock is tolled until **Thursday, November 29, 2007, at 8:30 am**;
      and

4.    Defense counsel shall, during the period in which the speedy trial clock is tolled,
      file status reports every twenty days.


Dated: September ___5___, 2007.

                          BY THE COURT:


                          ____s/Lewis T. Babcock_____
                          Lewis T. Babcock, Judge