**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 07-cr-00133-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

FREDERICK W. MURPHY,

      Defendant.

_____

**ORDER**
_____

      This criminal case is before me on Defendant, Frederick W. Murphy's, Motion for

Production and Preservation of Notes Taken During Law Enforcement Interviews [**Docket # 76**],

and the Government's Response [**Docket # 79**]. The Government agrees in its response to

preserve any notes taken by law enforcement agents during interviews conducted in the

investigation of this case. Accordingly, to the extent Defendant's motion seeks preservation of

such notes, it is GRANTED AS CONFESSED. In all other respects, the motion is HELD IN

ABEYANCE pending resolution of the underlying matters at the trial preparation conference

scheduled on November 10, 2008.


Dated: October   _22_  , 2008.

                             BY THE COURT:


                          ___s/Lewis T. Babcock_____
                          LEWIS T. BABCOCK, JUDGE