**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 07-cr-00133-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     FREDERICK W. MURPHY,

       Defendant.

_____

**ORDER**
_____

As a result of the sentence imposed in open court on February 20, 2009, to time served, the Clerk of the Court is directed to release and return to Defendant Frederick W. Murphy his passport previously surrendered.

                                                          BY THE COURT:

                                                          s/Lewis T. Babcock
                                                          Lewis T. Babcock, Judge

DATED: February 20, 2009