IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: February 20, 2009 |
| Court Reporter: Gwen Daniel | Probation: Keith Williams |

Criminal Action No. 07-cr-00133-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FREDERICK W. MURPHY,

    Defendant.

<u>Counsel:</u>

Robert Mydans

Gail Johnson

**CHANGE OF PLEA and SENTENCING**

10:30 a.m.    Court in Session

Defendant sworn and answers true name; Defendant is 61 years old

**EXHIBITS:** Court Exhibit 1 - Plea Agreement; Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty

Defendant advised of maximum penalties.

Defendant's right to trial to jury and other constitutional rights explained.

One Count Indictment read to defendant.

Defendant pleads guilty to the One Count Indictment.

1

Court **accepts** plea of guilty.

Statement by Mr. Mydans

Statement by Ms. Johnson

Statement by defendant

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that the defendant, Frederick W. Murphy, is hereby sentenced to time served. Supervised release is not warranted or necessary.**

**Defendant will cooperate in the collection of DNA as directed by the probation officer.**

The Court has been advised that the defendant is going to pay the restitution today.

**ORDERED:** **Restitution in the amount of $2,676.10 is due and payable immediately to Continental Airlines.**

**ORDERED:** **Defendant shall pay $100.00 to Crime Victim Fund (Special Assessment) to be paid immediately**

**ORDERED:** **No fine is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.**

**ORDERED:** Defendant advised of right to appeal.

**ORDERED:** **Bond is discharged.**

11:15 a.m.   Court in Recess
Hearing Concluded
Time: /45